tiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed October 15, 1919.

D'Ancona & Pflaum, for appellant. Baker & Holder, for appellee; William F. Schmidt, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**Max Eisen, appellant, v. Max Kornreich and Jacob Rubenfeld, appellees. Gen. No. 24,689.**

Motion to revive judgment. Order denying motion. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 15, 1919.

Max Robinson, for appellant. No appearance for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

**Warner Construction Company, plaintiff in error, v. Midland Terra Cotta Company, defendant in error. Gen. No. 24,891.**

Action for reimbursement for money paid under Workmen's Compensation Act for death of employee. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed October 27, 1919.

Shepard, McCormick, Kirkland, Patterson & Fleming, for plaintiff in error. Robert J. Folonie and Charles A. Scott, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Elspeth M. Conner, defendant in error, v. Borland-Grannis Company, plaintiff in error. Gen. No. 24,965.**

Suit to rescind contract of purchase of electric car, for breach of warranty. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed October 27, 1919. Rehearing denied and order and judgment modified November 10, 1919.

Isham, Lincoln & Beale, for plaintiff in error; Cyrus H. Adams, Jr., of counsel. Ina M. R. Campbell, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Andrew Sarna, by Mary Sarna and Oliver F. Roberts, defendant in error, v. Baltimore & Ohio Railroad Company and Baltimore & Ohio Chicago Terminal Railroad Company, plaintiffs in error. Gen. No. 25,009.**

Action to recover for personal injuries to child struck by train. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919. *Certiorari* denied by Supreme Court (making opinion final).

James M. Sheean and Charles D. Clark, for plaintiffs in error. Rose & Symmes, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.